**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
FEBRUARY 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| In the Matter of | Case Number: 08 C 889 |
|---|---|
| RICKY GRAHAM, SULEANER SIPP, and JERMAINE SIPP, Plaintiffs, v. JOHN DOLAN, UNKNOWN NUMBER OF UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, Defendants. | JUDGE GUZMAN MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiffs RICKY GRAHAM, SULEANER SIPP, and JERMAINE SIPP.**

| NAME (Type or print) |
|---|
| **Irene K. Dymkar** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| **/s Irene K. Dymkar** |
| FIRM |
| **Irene K. Dymkar** |
| STREET ADDRESS |
| **300 West Adams, Suite 330** |
| CITY/STATE/ZIP |
| **Chicago, IL 60606-5107** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **90785719** | **(312) 345-0123** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ |