AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICKY GRAHAM, SULEANER SIPP, and JERMAINE SIPP,<br>Plaintiffs,<br><br>v.<br><br>JOHN DOLAN, UNKNOWN NUMBER OF UNKNOWN OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO,<br>Defendants. | SUMMONS IN A CIVIL CASE **08 C 889**<br><br>CASE NUMBER:<br><br>ASSIGNED JUDGE:  **JUDGE GUZMAN**<br>**MAGISTRATE JUDGE ASHMAN**<br><br>DESIGNATED<br>MAGISTRATE JUDGE: |

TO:

    City of Chicago
    121 N. LaSalle, Room 107
    Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    **Irene K. Dymkar**
    **300 W. Adams St., Suite 330**
    **Chicago, IL 60606-5107**

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

BY DEPUTY CLERK

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK



DATE

**February 12, 2008**

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE February 20, 2008 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* Irene K. Dymkar (Linda DuBose) | TITLE Plaintiff's Attorney (legal assistant) |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Clerk of the City of Chicago, 121 N LaSalle, Room 107, Chicago, IL 60602    /s/ M. Coleman

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    February 20, 2008
                    *Date*

*Signature of Server*    Linda DuBose

300 West Adams, Suite 330, Chicago, IL 60606-5107
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.