IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ricky Graham, Suleaner Sipp, and Jermaine Sipp, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO. 08 C 889 |
| John P. Dolan, Craig A. Dunderdale, Keith E. Karczewski, Vernon Mitchell Jr., Scott M. Wolff, Matthew P. Cline, Daniel J. DeLopez, Eddie M. Yoshimura, Unknown Number of Unnamed Officers of the Chicago Police Department, and City of Chicago, | ) ) ) ) ) ) ) ) ) | JUDGE GUZMAN<br><br>MAGISTRATE JUDGE ASHMAN |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Irene Dymkar
300 West Adams Street
Suite 330
Chicago, IL 60606

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE THEIR MOTION TO DISMISS *INSTANTER* AND STAY THEIR ANSWERS,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that on April 15, 2008, at 9:30 a.m., I will appear before the Honorable Judge Ronald A. Guzman and present the above motion.

**DATED** at Chicago, Illinois this 9th day of April, 2008.

Respectfully submitted,

30 N. LaSalle Street, Suite 1400
Chicago, IL 60602                             /S/ Shneur Z Nathan
312-742-1842                                      Shneur Z. Nathan
ARDC No. 6294495                            Assistant Corporation Counsel