IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ricky Graham, Suleaner Sipp, and Jermaine Sipp,<br><br>          Plaintiffs,<br><br>     v.<br><br>John P. Dolan, Craig A. Dunderdale, Keith E. Karczewski, Vernon Mitchell Jr., Scott M. Wolff, Matthew P. Cline, Daniel J. DeLopez, Eddie M. Yoshimura, Unknown Number of Unnamed Officers of the Chicago Police Department, and City of Chicago,<br><br>          Defendants. | NO. 08 C 889<br><br>JUDGE GUZMAN<br><br>MAGISTRATE JUDGE ASHMAN |

## NOTICE OF FILING

**TO:**   Irene Dymkar
          300 West Adams Street
          Suite 330
          Chicago, IL 60606

     **PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Individual Defendants' Answer, Affirmative Defenses, and Jury Demand to Plaintiffs' First Amended Complaint,** a copy of which is attached hereto and herewith served upon you.

     **DATED** at Chicago, Illinois this 16th day of April, 2008.

                                        Respectfully submitted,

30 N. LaSalle Street, Suite 1400
Chicago, IL 60602                       /S/ Shneur Z Nathan
312-742-1842                            Shneur Z. Nathan
ARDC No. 6294495                        Assistant Corporation Counsel