IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY GRAHAM, et al., | ) | |
| | ) | 08 C 0889 |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | Judge Guzman |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**TO**:  Irene Dymkar
300 West Adams, Suite 330
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on May 12, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT,** a copy of which is attached hereto.

I hereby certify that I have served this notice and the attached document by electronic means to the person named above this 12th day of May, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-8369
megan.mcgrath@cityofchicago.org