# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 889 | **DATE** | May 16, 2008 |
| **CASE TITLE** | GRAHAM et al vs CITY OF CHICAGO | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 5/19/08 is reset to 5/21/2008 at 09:30 AM. on parties' request.

| | Courtroom Deputy Initials: | CG |
|---|---|---|