IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ricky Graham, Suleaner Sipp, and Jermaine Sipp, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 08 C 889 |
| John P. Dolan, Craig A. Dunderdale, Keith E. Karczewski, Vernon Mitchell Jr., Scott M. Wolff, Matthew P. Cline, Daniel J. DeLopez, Eddie M. Yoshimura, Unknown Number of Unnamed Officers of the Chicago Police Department, and City of Chicago, | ) ) ) ) ) ) ) ) ) | JUDGE GUZMAN<br><br>MAGISTRATE JUDGE ASHMAN |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   Irene Dymkar
300 West Adams Street
Suite 330
Chicago, IL 60606

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' MOTION TO COMPEL,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that on July 10, 2008, at 9:30 a.m., I will appear before the Honorable Judge Ronald A. Guzman and present the above motion.

**DATED** at Chicago, Illinois this 27th day of June, 2008.

Respectfully submitted,

30 N. LaSalle Street, Suite 1400
Chicago, IL 60602                        /S/ Shneur Z Nathan_____
312-742-1842                              Shneur Z. Nathan
ARDC No. 6294495                    Assistant Corporation Counsel