**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ricky Graham, et al.
                    Plaintiff,

v.
                                    Case No.: 1:08−cv−00889
                                    Honorable Ronald A. Guzman

John Dolan, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman:Motion hearing held on 7/10/2008. Motion by Defendants Craig A. Dunderdale, Keith E. Karczewski, Vernon Mitchell, Jr, Scott M. Wolff, Matthew P. Cline, Daniel J. DeLopez, Eddie M. Yoshimura, John Dolan to compel [27] is granted. Responses are due 7/14/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.