UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RICKY GRAHAM, SULEANER SIPP, and JERMAINE SIPP,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )<br>) Case No. 08 C 889 |
| **JOHN P. DOLAN, CRAIG A. DUNDERDALE, KEITH E. KARCZEWSKI, VERNON MITCHELL, JR., SCOTT M. WOLFF, MATTHEW P. CLINE, DANIEL J. DE LOPEZ, EDDIE M. YOSHIMURA, UNKNOWN NUMBER OF UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO,** | )<br>) Judge Ronald A. Guzman<br>)<br>) Magistrate Judge Martin C. Ashman<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

### NOTICE OF MOTION

Schneur Z. Nathan                     Megan K. McGrath
City of Chicago, Department of Law    City of Chicago, Department of Law
30 N. LaSalle, Suite 1400             30 N. LaSalle, Suite 1020
Chicago, IL 60602                     Chicago, IL 60602

　　　PLEASE TAKE NOTICE that plaintiff shall appear before Judge Ronald A. Guzman on the 24th day of July, 2008, at 9:30 AM, or as soon thereafter as counsel may be heard, and then and there present PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.

Dated: July 21, 2008                  /s  Irene K. Dymkar
　　　　　　　　　　　　　　　　　　　　　Irene K. Dymkar

Irene K. Dymkar
Plaintiffs' Attorney
300 W. Adams Street, Suite 330
Chicago, IL 60606-5107
(312) 345-0123

## **CERTIFICATE OF SERVICE**

      I, Irene K. Dymkar, an attorney, certify that on the 21st day of July, 2008, a copy of this notice, as well as the motion of which it gives notice, were served upon the attorneys for defendants named above through the Court's electronic filing system.

Dated: July 21, 2008                                                           /s Irene K. Dymkar
                                                                                    Irene K. Dymkar