UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICKY GRAHAM, SULEANER SIPP, and JERMAINE SIPP, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 08 C 889 |
| JOHN P. DOLAN, CRAIG A. DUNDERDALE, KEITH E. KARCZEWSKI, VERNON MITCHELL, JR., SCOTT M. WOLFF, MATTHEW P. CLINE, DANIEL J. DE LOPEZ, EDDIE M. YOSHIMURA, UNKNOWN NUMBER OF UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) ) Judge Ronald A. Guzman ) ) Magistrate Judge Martin C. Ashman ) ) ) ) ) |
| Defendants. | ) ) ) |

**PLAINTIFFS' *UNOPPOSED* MOTION FOR ORDER TO INSPECT EVIDENCE IN POLICE CUSTODY**

     Plaintiffs, RICKY GRAHAM, SULEANER SIPP, and JERMAINE SIPP, by and through their attorney, Irene K. Dymkar, hereby move the Court for an order for the inspection, photographing, photocopying, and preserving of certain evidence in this case, and in support of said request, state as follows:

     1)     This is an action brought pursuant to 42 U.S.C. § 1983.

     2)     The police reports in the underlying criminal case include inventory reports indicating that the Chicago Police Department is storing certain physical evidence. Said evidence is catalogued under HN 169435, inventory numbers 10928396, 10928404, 10928407, 10928458, and is maintained by the Evidence and Recovered Property Section of

the Chicago Police Department. It is believed that said evidence consists of mail, suspect cannabis, plastic bags, currency, bullets, and possibly other items.

3) Viewing of the evidence is important to plaintiffs to prepare their case. I therefore contacted defense attorney Schneur Z. Nathan and discussed this matter with him. He confirmed what I knew from previous such cases, that is, that any items held by the Evidence and Recovered Property Section of the Chicago Police Department as evidence may be retrieved for viewing only by Court order. He does not oppose this motion.

4) Pursuant to the Court's standing order as set forth on its website, plaintiffs are submitting to the Court by e-mail a proposed order using a form drafted by the City of Chicago, Department of Law, which Mr. Nathan has seen and approved.

5) Plaintiffs further request that the Chicago Police Department be ordered not to dispose of this evidence until the final disposition of this case.

WHEREFORE, plaintiffs respectfully request that the Court order the Evidence and Recovered Property Section of the Chicago Police Department to make available to all attorneys and parties in this case for viewing, photographing, and photocopying the physical evidence held under HN 169435, inventory numbers 10928396, 10928404, 10928407, and 10928458, and to preserve said evidence until the final disposition of this case.

Dated: July 22, 2008                                s/ Irene K. Dymkar
                                                       Irene K. Dymkar

Plaintiffs' attorney:

Irene K. Dymkar
300 W. Adams Street, Suite 330
Chicago, IL 60606
(312) 345-0123