UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ricky Graham, et al.
                        Plaintiff,

v.                                            Case No.: 1:08−cv−00889
                                                Honorable Ronald A. Guzman

John Dolan, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 7/24/2008. Motion by Plaintiffs Ricky Graham, Suleaner Sipp, Jermaine Sipp for leave to file a second amended complaint [31] is granted. Response to amended complaint to be filed on or before 9/8/08. Status hearing set for 9/26/08 is reset to 9/12/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.