Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 889 | DATE | 7/28/2008 |
| CASE TITLE | RICKY GRAHAM, et al vs. JOHN P. DOLAN, et al | | |

**DOCKET ENTRY TEXT**

Enter order to inspect evidence in police custody.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 JUL 28 PM 5:32

FILED-EDJ