UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHK

| | |
|---|---|
| RICKY GRAHAM, SULEANER SIPP, and JERMAINE SIPP,<br><br>     Plaintiffs,<br><br>v.<br><br>JOHN P. DOLAN, CRAIG A. DUNDERDALE, KEITH E. KARCZEWSKI, VERNON MITCHELL, JR., SCOTT M. WOLFF, MATTHEW P. CLINE, DANIEL J. DE LOPEZ, EDDIE M. YOSHIMURA, UNKNOWN NUMBER OF UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO,<br><br>     Defendants. | Case No. 08 C 889<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Martin C. Ashman |

## ORDER TO INSPECT EVIDENCE IN POLICE CUSTODY

The Court hereby orders the Chicago Police Department, Evidence and Recovered Property Section, to make available for viewing, inspection, photographing, and photocopying by Schneur Z. Nathan, Megan K. McGrath, and Le'Ora Tyree for defendants, Irene K. Dymkar for plaintiffs, and all parties named above, evidence held in their custody and catalogued under HN 169435, inventory numbers 10928396, 10928404, 10928407, and 10928458, and upon completion thereof, said evidence shall be returned to inventory and maintained and preserved by the Chicago Police Department, Evidence and Recovered Property Section, and not be disposed of until the final disposition of this matter.

ENTERED BY:

Date: 7/28/08

_____
Judge Ronald A. Guzman
United States District Court