IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ricky Graham, Suleaner Sipp, and Jermaine Sipp, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>John P. Dolan, Craig A. Dunderdale, Keith )<br>E. Karczewski, Vernon Mitchell Jr., )<br>Scott M. Wolff, Matthew P. Cline, Daniel J. )<br>DeLopez, Eddie M. Yoshimura, Unknown )<br>Number of Unnamed Officers of the )<br>Chicago Police Department, and )<br>City of Chicago, )<br>)<br>Defendants. ) | NO. 08 C 889<br><br>JUDGE GUZMAN<br><br>MAGISTRATE JUDGE ASHMAN |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

Defendant City of Chicago ("the City") by its attorney Mara S. Georges, respectfully moves this Court for leave to allow Timothy L. Swabb to withdraw his appearance as counsel of record for the City in this case pursuant to Norther District of Illinois Local rule 83.17. In support of this motion, the City state:

1. Assistant Corporation Counsel Timothy L. Swabb currently has an appearance on file on behalf of The City in the above-captioned case.

2. Assistants Corporation Counsel Megan Kelly McGrath and Le'Ora P. Tyree remain as counsel of record for the City in this case and will continue to represent the City in matters involving this lawsuit.

3. The City respectfully requests leave to withdraw the appearance of Timothy L. Swabb as counsel of record for the City in this case.

4. This motion does not affect the schedule for this case in any way, and is not being made for the purpose of delay or for any other improper purpose.

WHEREFORE, the City respectfully requests that the Court grant its motion for leave to withdraw the appearance of Timothy L. Swabb as counsel of record for defendant City of Chicago pursuant to Northern District of Illinois Local Rule 83.17.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of
the City of Chicago

*/s/ Timothy L. Swabb*
TIMOTHY L. SWABB
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 744-7630
