IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ricky Graham, Suleaner Sipp, and Jermaine Sipp,          )<br>)<br>Plaintiffs,     )<br>)<br>v.                     )<br>)<br>John P. Dolan, Craig A. Dunderdale, Keith )<br>E. Karczewski, Vernon Mitchell Jr.,    )<br>Scott M. Wolff, Matthew P. Cline, Daniel J. )<br>DeLopez, Eddie M. Yoshimura, Unknown )<br>Number of Unnamed Officers of the     )<br>Chicago Police Department, and        )<br>City of Chicago,                      )<br>)<br>Defendants.   ) | NO. 08 C 889<br><br>JUDGE GUZMAN<br><br>MAGISTRATE JUDGE ASHMAN |

## NOTICE OF MOTION

To:   Irene Katherine Dymkar            Shneur Z. Nathan
      300 W Adams St, Suite 330         30 N. LaSalle St., Suite 1400
      Chicago, IL 60606                 Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the 14th day of August, 2008, we filed with the Clerk of the United States District Court for the Norther District of Illinois, Eastern Division, defendant City of Chicago's Motion for Leave to Withdraw Counsel.

**PLEASE TAKE FURTHER NOTICE** that we will appear before the Honorable Ronald A. Guzman or any Judge or Magistrate Judge sitting in his place or stead on the 28th day of August, 2008 at 9:30 a.m., or as soon there after as counsel may be heard, in the courtroom

occupied by him in Room 1219, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the above referenced motion.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of
the City of Chicago

*/s/ Timothy L. Swabb*
TIMOTHY L. SWABB
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 744-7630