# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| RICKY GRAHAM, SULEANER SIPP, JERMAINE SIPP, and ANTHONY SIPP, | ) <br> ) <br> ) <br> ) SUMMONS IN A CIVIL CASE <br> ) |
| Plaintiffs, | ) Case No. 08 C 889 |
| v. | ) <br> ) Judge Ronald A. Guzman |
| JOHN P. DOLAN, CRAIG A. DUNDERDALE, KEITH E. KARCZEWSKI, VERNON MITCHELL, JR., SCOTT M. WOLFF, MATTHEW P. CLINE, DANIEL J. DE LOPEZ, EDDIE M. YOSHIMURA, JOSEPH F. GORMAN, UNKNOWN NUMBER OF UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) <br> ) Magistrate Judge Martin C. Ashman <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

TO:

        JOSEPH F. GORMAN
        Chicago Police Department
        3501 S. Michigan
        Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        Irene K. Dymkar
        300 W. Adams St., Suite 330
        Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

*Nadine Girley*
--------------------------------
**(By) DEPUTY CLERK**



DATE

**July 28, 2008**
--------------------------------
Date

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE August 5, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)* Rebecca Darugar | TITLE Plaintiffs' Attorney Staff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X  Other (specify): **Chicago Police Department, Office of Legal Affairs, 3510 S. Michigan, Chicago, IL 60653**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 5, 2008
             Date

*Signature of Server*  (signed) Rebecca Darugar

300 West Adams, Suite 330, Chicago, IL 60606-5107
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.