IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ricky Graham, Suleaner Sipp, | ) | |
| Jermaine Sipp, and Anthony Sipp, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 08 C 889 |
| | ) | |
| John P. Dolan, Craig A. Dunderdale, Keith | ) | JUDGE GUZMAN |
| E. Karczewski, Vernon Mitchell Jr., | ) | |
| Scott M. Wolff, Matthew P. Cline, Daniel J. | ) | MAGISTRATE JUDGE ASHMAN |
| DeLopez, Eddie M. Yoshimura, Joseph | ) | |
| Gorman, Unknown | ) | |
| Number of Unnamed Officers of the | ) | |
| Chicago Police Department, and | ) | |
| City of Chicago, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   **Irene Dymkar**
300 West Adams Street
Suite 330
Chicago, IL 60606

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' MOTION TO BAR,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that on September 12, 2008, at 9:30 a.m., I will appear before the Honorable Judge Ronald A. Guzman and present the above motion.

**DATED** at Chicago, Illinois this 10th day of September, 2008.

Respectfully submitted,

30 N. LaSalle Street, Suite 1400

Chicago, IL 60602          /S/ Shneur Z Nathan
312-742-1842               Shneur Z. Nathan
ARDC No. 6294495           Assistant Corporation Counsel