# United States District Court
## Northern District of Illinois
### Eastern Division

Graham, et al                      **JUDGMENT IN A CIVIL CASE**

      v.                                   Case Number: 08 C 889

Dolan, et al

- ■    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Jury finds for the defendants on all causes of action. Judgment entered on the verdict.

                                            Michael W. Dobbins, Clerk of Court

Date: 4/28/2011                           _____

                                           /s/ Carole Gainer, Deputy Clerk